**Order entered December 9, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01368-CR

**VINCENT CROWLEY BERTRAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F12-56252-L**

## ORDER

In response to notification from the Court that the reporter's record is overdue, Victoria Franklin, official court reporter of the Criminal District Court No. 5, responded that neither the plea hearing nor the hearing on appellant's motion for a speedy trial was recorded. Therefore, there will be no reporter's record.

Appellant's brief is due within thirty days of the date of this order.

/s/     LANA MYERS
         JUSTICE